IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MICHELLE FLORES,

      Appellant,

v.

COMPASS
GROUP/GALLAGHER
BASSETT SERVICES, INC.,

      Appellees.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-5517

_____/

Opinion filed June 24, 2016.

An appeal from an order of the Judge of Compensation Claims.
Mary A. D'Ambrosio, Judge.

Date of Accident: January 31, 2012.

Rodrigo L. Saavedra, Jr., of Rodrigo L. Saavedra, Jr., P.A., Fort Lauderdale, for
Appellant.

Juan Carlos Garcia of Quintairos, Prieto, Wood & Boyer, P.A., Tampa, and Annie
Kwong of Quintairos, Prieto, Wood & Boyer, P.A., Orlando, for Appellees.

PER CURIAM.

      This court having received Appellees' notice of intent not to file an answer

brief in response to the court's May 24, 2016, order that this case appears appropriate

for summary disposition pursuant to Florida Rule of Appellate Procedure 9.315(b), based on the Supreme Court of Florida's recent opinion in <u>Castellanos v. Next Door Co.</u>, 41 Fla. L. Weekly S197 (Fla. April 28, 2016), and finding that reversal is warranted in light of that opinion, the order of the Judge of Compensation Claims is REVERSED and this case is REMANDED for proceedings consistent with that opinion.

ROBERTS, C.J., WOLF and RAY, JJ., CONCUR.